THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES C. MOORE, as Individual Trustee, etc., v. WILLIAM STANLEY MILLER and Others.— Motion for

leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.